The PEOPLE of the State of
Colorado, Petitioner,

v.

Gary S. JONES, Respondent.

No. 92SC519.

Supreme Court of Colorado,
En Banc.

Jan. 4, 1993.

ORDER OF COURT AND MANDATE

IT IS THIS DAY ORDERED that the Petition for Certiorari shall be, and the same hereby is, GRANTED, and the judgment of the Court of Appeals is vacated.

IT IS FURTHER ORDERED that this case be, and hereby is, remanded to the Court of Appeals for reconsideration in light of *People v. Wilson*, 838 P.2d 284 (Colo.1992).